| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DR. RAYMOND PFANG, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-93
§
LAMAR INSTITUTE OF TECHNOLOGY, §
§
    Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Joint Motion to Dismiss (#73), filed on February 11, 2026, pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees. The court shall retain jurisdiction for the purposes of enforcing any settlement agreement.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of February, 2026.

                                    MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE